# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EASTMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, LOUIS DIMARIA, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS, CHARLES O ROSSOTTI, JILL K. CONWAY, CAROL T. CHRIST, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, DAVID K. NEWBIGGING, THE INVESTMENT COMMITTEE OF THE MERRILL LYNCH & CO., INC. 401(K) SAVINGS AND INVESTMENT PLAN, THE ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH 401(K) SAVINGS AND INVESTMENT PLAN, and JOHN DOES 1-20,<br><br>      Defendants. | **Civil Action No.**: 08-CV-0058 (LBS)<br><br>*(Caption Continued)* |

**PLAINTIFF JAMES EASTMAN'S SUBMISSION REGARDING THE
<u>APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE CLASS</u>**

| | | |
|---|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, | : : : | **Civil Action No.** 07-CV-10268 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA , PETER STINGI and JOHN AND JANE DOES 1-20, | : : : : : : : : : : : | |
| Defendants. | : | |
| MARY GIDARO, individually and on behalf of all others similarly situated, | : : : | **Civil Action No.** 07-CV-10273 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., STAN O'NEAL, LOU DIMARIA, INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN and JOHN DOES 1-30, | : : : : : : : : | |
| Defendants. | : | *(Caption Continued)* |

| | | |
|---|---|---|
| TARA MOORE, individually and on behalf of all others similarly situated, | : : : | **Civil Action No.** 07-CV-10398 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., MERRILL LYNCH & CO., INC. PLAN "INVESTMENT COMMITTEE," MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE, MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE, LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS, and JOHN DOES 1-10, | : : : : : : : : : : : : | |
| Defendants. | : : | |
| GREGORY YASHGUR, individually and on behalf of all other similarly situated, | : : : | **Civil Action No.** 07-CV-10569 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH & CO., INC. 401K SAVINGS AND INVESTMENT PLAN, JOHN D. FINNEGAN, JUDITH JONAS MAYHEW, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSITTI, LOUIS DIMARIA, STAN O'NEAL, ALBERTO CRIBIORE, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT and JOHN DOES, | : : : : : : : : : : : : | |
| Defendants. | : | *(Caption Continued)* |

| | | |
|---|---|---|
| CHRISTINE DONLON, On Behalf of All Others Similarly Situated, | : : : | **Civil Action No.** 07-CV-10661 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, LOUIS DIMARIA, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE BENEFITS ADMINISTRATION COMMITTEE OF THE MERRILL LYNCH & CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE MERRILL LYNCH & CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN), | : : : : : : : : : : : : : : : : : : | |
| Defendants. | : : | |
| CARL ESPOSITIO, individually and on behalf of all others similarly situated, | : : : | **Civil Action No.**: 07-CV-10687 (LBS) |
| Plaintiff, | : : : | |
| v. | : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO BRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI, and JOHN AND JANE DOES 1-20, | : : : : : : : : : : : | |
| Defendants. | : | *(Caption Continued)* |

| | |
|---|---|
| SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>         v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH & CO., INC. INVESTMENT COMMITTEE, MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE OF THE MERRILL LYNCH & CO., INC. BOARD OF DIRECTORS, THE MERRILL LYNCH TRUST COMPANY, FSB, ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH & CO., INC. 401K SAVINGS AND INVESTMENT PLAN, LOUIS DIMARIA, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, AULANA L. PETERS, and JOHN DOES 1-40,<br><br>              Defendants. | **Civil Action No.**: 07-CV-10710 (LBS) |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>         v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, and JOHN AND JANE DOES 1-20,<br><br>              Defendants. | **Civil Action No.** 07-CV-11054 (LBS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>*(Caption Continued)* |

| | |
|---|---|
| FRANCIS LEE SUMMERS, III, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>MERRILL LYNCH & CO., INC., STAN O'NEAL; LOU DIMARIA; INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; and JOHN DOES 1-30<br><br>                Defendants. | **Civil Action No.** 07-CV-11615 (LBS) |
| DOMINICK J. PASCULLO and RAYMOND GONZALES, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH & CO., INC. PLAN INVESTMENT COMMITTEE, MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE, MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE, LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | **Civil Action No.** 08-CV-1116 (UA) |

Plaintiff, James Eastman, by his undersigned counsel, respectfully submits this response regarding the appointment of interim lead plaintiffs and interim co-lead counsel.

Plaintiff Eastman strongly supports the applications of Shalov Stone Bonner & Rocco LLP and Harwood Feffer, LLP, and their clients, in the above-captioned ERISA actions, including but not limited to, the application entitled Plaintiffs Gidaro and Donlon's Joint Amended Motion for Entry of [Proposed] Pretrial Order No. 1 Consolidating the ERISA Actions and Appointing Interim Lead Plaintiffs and Interim Lead Counsel.

Plaintiff Eastman believes that the interests of the putative class are best represented in this instance by all counsel working cooperatively under the leadership of these two firms.

Dated: February 11, 2008

                                        Respectfully submitted:

                                        MILBERG WEISS LLP

                                        */s/ Lori G. Feldman*
                                        Lori Feldman (LF 3478)
                                        lfeldman@milbergweiss.com
                                        Arvind Khurana (AK 3643)
                                        akhurana@milbergweiss.com
                                        One Pennsylvania Plaza
                                        New York, NY 10119-0165
                                        Telephone: (212) 594-5300
                                        Facsimile: (212) 868-1229

                                        Counsel for Plaintiff James Eastman

## CERTIFICATE OF SERVICE

     I, Sara Fuks, an associate with the law firm Milberg Weiss LLP, hereby certify that I caused a true and correct copy of Plaintiff James Eastman's Submission Regarding the Appointment of Interim Lead Counsel for the Class to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filing to the CM/ECF participants listed on the attached Service List, and caused all counsel listed on the Service List to be served by regular U.S. Mail on this 11th day of February 2008:

                                            */s/ Sara Fuks*
                                              Sara Fuks

## **M**ERRILL **L**YNCH **ERISA**
### **S**ERVICE **L**IST

| | |
|---|---|
| *Counsel for Plaintiffs:* | |
| Wai Kin Chan<br>**L**AW **O**FFICES OF **C**URTIS **V. T**RINKO**, LLP**<br>16 West 46th Street, 7th Floor<br>New York, NY  10036<br>(T) 212.490.9550<br>(F) 212.986.0158<br><br>*Attorneys for Plaintiffs Elizabeth Estey and Tara Moore* | Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein<br>Joseph A. Weeden<br>**S**CHIFFRIN **B**ARROWAY **T**OPAZ<br>  **& K**ESSLER**, LLP**<br>280 King of Prussia Road<br>Radnor, PA  19087<br>(T) 610.667.7706<br>(F) 610.667.7056<br><br>*Attorneys for Plaintiffs Elizabeth Estey and Tara Moore* |
| Ralph M. Stone<br>Thomas G. Ciarlone<br>Amanda C. Scuder<br>**S**HALOV **S**TONE **B**ONNER **& R**OCCO **LLP**<br>485 Seventh Avenue, Suite 1000<br>New York, NY  10018<br>(T) 212.239.4340<br>(F) 212.239.4310<br><br>*Attorneys for Plaintiff Mary Gidaro* | Ronen Sarraf<br>**S**ARRAF **G**ENTILE **LLP**<br>11 Hanover Square<br>New York, NY  10005<br>(T) 212.868.3610<br>(F) 212.918.7967<br><br>*Attorneys for Plaintiff Mary Gidaro* |
| Edwin J. Mills<br>**S**TULL**, S**TULL **& B**RODY<br>6 East 45th Street<br>New York, NY  10017<br>(T) 212.687.7230<br>(F) 212.490.2022<br><br>*Attorneys for Plaintiff Gregory Yashgur* | Robert I. Harwood<br>Samuel K. Rosen<br>**H**ARWOOD **F**EFFER **LLP**<br>488 Madison Avenue, 8th Floor<br>New York, NY  10022<br>(T) 212.935.7400<br>(F) 212.753.3630<br><br>*Attorneys for Plaintiff Christine Donlon* |

| | |
|---|---|
| Robert B. Weiser<br>**THE WEISER LAW FIRM, P.C.**<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>(T) 610.225.2677<br><br>*Attorneys for Plaintiff Christine Donlon* | Lynda J. Grant<br>**COHEN, MILSTEIN, HAUSFELD**<br>  **& TOLL, P.L.L.C.**<br>150 East 52nd Street, 13th Floor<br>New York, NY  10022<br>(T) 212.838.7797<br>(F) 212.838.7745<br><br>*Attorneys for Plaintiff Carl Esposito and Barbara Boland and Ann Molin* |
| Steven J. Toll<br>Bruce F. Rinaldi<br>**COHEN, MILSTEIN, HAUSFELD**<br>  **& TOLL, P.L.L.C.**<br>1100 New York Avenue, NW<br>Suite 500 West<br>Washington, DC  20005-3964<br>(T) 202.408.4600<br>(F) 202.408.4699<br><br>*Attorneys for Plaintiff Carl Esposito* | Marc I. Machiz<br>**COHEN, MILSTEIN, HAUSFELD**<br>  **& TOLL, P.L.L.C.**<br>1 South Broad Street, Suite 1850<br>Philadelphia, PA  19107<br>(T) 215.825.4016<br>(F) 215.825.4001<br><br>*Attorneys for Plaintiff Carl Esposito* |
| Lynn L. Sarko<br>Derek W. Loeser<br>Erin M. Riley<br>Tyler L. Farmer<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>(T) 206.623.1900<br>(F) 206.623.3384<br><br>*Attorneys for Plaintiff Carl Esposito and Barbara Boland and Ann Molin* | William Bernarduci<br>Robert I. Izard<br>**SCHATZ NOBEL IZARD P.C.**<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>(T) 860.493.6292<br>(F) 860.493.6290<br><br>*Attorneys for Plaintiff Sean Shaughnessey* |

| | |
|---|---|
| Diane Nygaard<br>**THE NYGAARD LAW FIRM**<br>4501 College Blvd., Ste. 260<br>Leawood, KS 66211<br>(T) 913.469.5544<br>(F) 913.469.1561<br><br>*Attorneys for Plaintiff Sean Shaughnessey* | Carolyn G. Anderson<br>Timothy J. Becker<br>Anne T. Regan<br>Kirsten D. Hedberg<br>**ZIMMERMAN REED, P.L.L.P.**<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(T) 612.341.0400<br>(F) 612.341.0844<br><br>*Attorneys for Plaintiff Barbara Boland and Ann Molin* |
| Gregg M. Fishbein<br>**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**<br>100 Washington Avenue So., Suite 2200<br>Minneapolis, MN 55401<br>(T) 612.339.6900<br>(F) 612.339.0981<br><br>*Attorneys for Plaintiff Barbara Boland and Ann Molin* | Jill S. Abrams<br>**ABBEY SPANIER RODD & ABRAMS, LLP**<br>212 E. 39th Street<br>New York, NY 10016<br>(T) 212.889.3700<br>(F) 212.684.5191<br><br>*Attorneys for Plaintiff Francis Lee Summers, III* |
| Robert M. Roseman<br>Theodore M. Lieverman<br>Andrew D. Abramowitz<br>David Felderman<br>**SPECTOR, ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(T) 215.496.0300<br>(F) 215.496.6611<br><br>*Attorneys for Plaintiff Francis Lee Summers, III* | William T. Payne<br>**STEMBER, FEINSTEIN, DOYLE & PAYNE, LLC**<br>Pittsburgh North Office<br>1007 Mt. Royal Boulevard<br>Pittsburgh, PA 15223<br>(T) 412.492.8797<br>(F) 412.492.8978<br><br>*Attorneys for Plaintiff Francis Lee Summers, III* |
| Ellen M. Doyle<br>**STEMBER, FEINSTEIN, DOYLE & PAYNE, LLC**<br>1705 Allegheny Building<br>492 Forbes Avenue<br>Pittsburgh, PA 15219<br>(T) 412.338.1445<br>(F) 412.232.3730<br><br>*Attorneys for Plaintiff Francis Lee Summers, III* | Thomas J. McKenna<br>**GAINEY & MCKENNA**<br>295 Madison Avenue<br>New York, NY 10017<br>(T) 212.983.1300<br>(F) 212.983.0383<br><br>*Attorneys for Plaintiffs Dominick Pascullo and Raymond Gonzales* |

| | |
|---|---|
| **_Counsel for Defendants:_** | |
| Jay B. Kasner<br>**SKADDEN, ARPS, SLATE, MEAGHER**<br> **& FLOM LLP**<br>Four Times Square<br>New York, NY  10036<br>(T) 212.735.3000<br>(F) 212.735.2000<br><br>*Attorneys for Defendant Merrill Lynch & Co.* | Paul Blakenstein<br>**GIBSON, DUNN & CRUTCHER, LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>(T) 202.955.8500<br>(F) 202.955.0539<br><br>*Attorneys for Defendants E. Stanley O'Neal, Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Jill K. Conway, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, David K. Newbigging, Aulana L. Peters, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, Louis Dimaria, and Peter Stingi* |